## GRIFFIN v. STATE.

### 4 Div. 425.

Court of Appeals of Alabama.

Nov. 8, 1938.

Fleming & Paul, of Elba, for appellant.

A. A. Carmichael, Atty. Gen., and Edw. B. Crosland, Asst. Atty. Gen., for the State.

SAMFORD, Judge.

There is no assignment of error in the record. as provided by the rule applicable in civil cases. Such being the case, the judgment in this case is affirmed upon the authority of Bragg v. State, Ala. App., 183 So. 683;[1] Borden v. State, 27 Ala.App. 271, 170 So. 98; Jackson v. State, 26 Ala.App. 257, 157 So. 872; Williams v. State, 117 Ala. 199, 23 So. 42.

The judgment is affirmed.

Affirmed.

